**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Gregory Philip KENDALL, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 10, 2001.

### *ORDER*

PER CURIAM:

**AND NOW,** this 10th day of August 2001, the petition for allowance of appeal is **GRANTED,** limited to the issue of whether there is a conflict between the holding in the instant case and this court's holding in *Commonwealth v. Scavello,* 557 Pa. 429, 734 A.2d 386 (1999).

■

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Anthony WEST, Respondent.**

Supreme Court of Pennsylvania.

Aug. 17, 2001.

### *ORDER*

PER CURIAM:

**AND NOW,** this 17th day of August 2001, the petition for allowance of appeal is GRANTED and the order of the superior court is VACATED to the extent that it permits respondent to apply to the trial court for permission to file an appeal *nunc pro tunc. See Commonwealth v. Hall,* 771 A.2d 1232 (Nos. 1 & 2 MAP 2000)(decided May 22, 2001).